# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JIMMY ASHLEY                                                               PLAINTIFF

v.                           No. 3:18-cv-226-DPM

MSULLY'S INCORPORATED;
and JAA, LLC                                                              DEFENDANTS

## ORDER

I recuse. Paul Waddell and Justin Parkey are on my recusal list. The Clerk must therefore reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 June 2019