# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JIMMY ASHLEY                                                              PLAINTIFF

v.                     Case No. 3:18-cv-00226 KGB

MSULLY'S INCORPORATED
and JAA, L.L.C.                                              DEFENDANTS

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 21). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice. Except as set forth in the parties' settlement agreement, each party will bear its own costs and fees. The Court will retain jurisdiction for purposes of enforcing the settlement agreement between the parties.

It is so ordered this 14th day of November, 2019.

                                                                 _____
                                                                  Kristine G. Baker
                                                                  United States District Judge